IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. DNCW5:13MC2 |
| | ) | (Financial Litigation Unit) |
| MICHAEL GALIT, | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| HICKORY ADMINISTRATIVE SCHOOL UNIT, | ) | |
| TA/HICKORY PUBLIC SCHOOLS, | ) | |
| Garnishee. | | |

## DISMISSAL OF ORDER OF CONTINUING GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Continuing Garnishment filed in this case against the Defendant is DISMISSED.

**SO ORDERED**.

Signed: January 25, 2021

David S. Cayer
United States Magistrate Judge